## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF VIRGINIA

### Norfolk Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 2:15cr148 |
| | ) | |
| **KENNETH RAY MEEKS** | ) | |

### POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING

In accordance with Section 6A1.2 of the <u>Sentencing Guidelines and Policy Statements</u> and this Court's policy regarding guidelines sentencing, the government hereby represents that it has reviewed the Probation Officer's presentence report ("PSR") prepared in this matter, and that it does not dispute any of the factors or facts set out therein.

Further, the United States moves for the defendant to receive the additional one level reduction under Section 3E1.1(b) of the <u>Sentencing Guidelines and Policy Statements</u>.

Respectfully Submitted,

Dana J. Boente
United States Attorney

By:  /s/
Darryl J. Mitchell
VA Bar No. 37411
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Phone: (757) 441-6331
Facsimile: (757) 441-6689
Email: darryl.mitchell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 501
Norfolk, Virginia 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-00148
Email: sacks@lawfirmofsacksandsacks.com

I certify that on this 10th day of October 2016, I caused a true and correct copy of the foregoing Position of the Government with Respect to Sentencing Factors to be sent to the following:

Anita G. Powell
United States Probation Officer
827 Diligence Drive, Suite 210
Newport News, VA 23606
Anita_Powell@vaep.uscourts.gov

/s/
Darryl J. Mitchell
Assistant United States Attorney
Virginia Bar No. 37411
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - darryl.mitchell@usdoj.gov